AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ALLEN LEE HOLLIE, SR.,

Plaintiff,

v.

CHATHAM COUNTY SHERIFF'S OFFICE, et al,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:21-cv-274

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order entered on July 22, 2024, the Court dismisses Plaintiff's amended complaint for failing to state any claim upon which relief can be granted. This case stands closed.

Approved by: *Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia



July 22, 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*Morgan A. Akins*
(By) Deputy Clerk

GAS Rev 10/2020